Certiorari granted. *Joel D. Blackwell* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn* and *W. Marvin Smith* for the United States. ■

No. 77. Estate of Nathan *v.* Commissioner of Internal Revenue. C. C. A. 7th. Certiorari denied. *Myron E. Wisch* and *Louis R. Kupfer* for petitioner. *George T. Washington,* then Acting Solicitor General, *Sewall Key, Helen R. Carloss* and *L. W. Post* for respondent. ■

No. 592. Kentucky *v.* Illinois Central Railroad Co. Court of Appeals of Kentucky. Certiorari denied. *Eldon S. Dummit,* Attorney General of Kentucky, for petitioner. *Charles A. Helsell* and *V. W. Foster* for respondent. ■

No. 747. McRae *v.* California. Supreme Court of California. Certiorari denied. *Donald Eugene Wachhorst* for petitioner. ■

No. 766. Barsky et al. *v.* United States. United States Court of Appeals for the District of Columbia. Certiorari denied. *O. John Rogge* and *Lester Levin* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States. Briefs of *amici curiae* supporting the petition were filed by *Harry Sacher* for the Civil Rights Congress; *Robert W. Kenny, Bartley C. Crum, Charles Houston, Charles Katz, Ben Margolis* and *Martin Popper* for Lawson et al.; *David Rein* for the